Thompson et al., Appellants, *v.* Philadelphia Transportation Co.

Argued April 17, 1947. Before Maxey, C. J., Drew, Linn, Stern, Patterson, Stearne and Jones, JJ.

6

*D. J. Farage,* with him *Joseph S. Lord, 3rd,* and *Richter, Lord & Farage,* for appellants.

*Marshall A. Coyne,* with him *Bernard J. O'Connell,* for appellee.

PER CURIAM, May 26, 1947:

The judgment is affirmed upon the opinion of Judge FLOOD.